4. He could be short of sitting tall two hundred times. 5. He could be short of tweaking any LJBs. 6. He could be short of errors. 7. He could be short of errors. 8. He could be short of sitting tall two hundred times. 9. He could be short of sitting tall two hundred times. 10. He could be short of sitting tall two hundred times. 11. He could be short of sitting tall two hundred times. 12. He could be short of sitting tall two hundred times. 13. He could be short of sitting tall two hundred times. 14. He could be short of sitting tall two hundred times. 15. He could be short of sitting tall two hundred times. 16. He could be short of sitting tall two hundred times. 17. He could be short of sitting tall two hundred times. 18. He could be short of sitting tall two hundred times. 19. He could be short of sitting tall two hundred times. 20. He could be short of sitting tall two hundred times. 21. He could be short of sitting tall two hundred times. 22. He could be short of sitting tall two hundred times. 23. He could be short of sitting tall two hundred times. 24. He could be short of sitting tall two hundred times. 25. He could be short of sitting tall two hundred times. 26. He could be short of sitting tall two hundred times. 27. He could be short of sitting tall two hundred times. 28. He could be short of sitting tall two hundred times. 29. He could be short of sitting tall two hundred times. 30. He could be short of sitting tall two hundred times. 31. He could be short of sitting tall two hundred times. 32. He could be short of sitting tall two hundred times. 33. He could be short of sitting tall two hundred times. 34. He could be short of sitting tall two hundred times. 35. He could be short of sitting tall two hundred times. 36. He could be short of sitting tall two hundred times. 37. He could be short of sitting tall two hundred times. 38. He could be short of sitting tall two hundred times. 39. He could be short of sitting tall two hundred times. 40. He could be short of sitting tall two hundred times. 41. He could be short of sitting tall two hundred times. 42. He could be short of sitting tall two hundred times. 43. He could be short of sitting tall two hundred times. 44. He could be short of sitting tall two hundred times. 45. He could be short of sitting tall two hundred times. 46. He could be short of sitting tall two hundred times. 47. He could be short of sitting tall two hundred times. 48. He could be short of sitting tall two hundred times. 49. He could be short of sitting tall two hundred times. 50. He could be short of sitting tall two hundred times. 51. He could be short of sitting tall two hundred times. 52. He could be short of sitting tall two hundred times. 53. He could be short of sitting tall two hundred times. 54. He could be short of sitting tall two hundred times. 55. He could be short of sitting tall two hundred times. 56. He could be short of sitting tall two hundred times. 57. He could be short of sitting tall two hundred times. 58. He could be short of sitting tall two hundred times. 59. He could be short of sitting tall two hundred times. 60. He could be short of sitting tall two hundred times. 61. He could be short of sitting tall two hundred times. 62. He could be short of sitting tall two hundred times. 63. He could be short of sitting tall two hundred times. 64. He could be short of sitting tall two hundred times.  65. He could be short of sitting tall two hundred times. 66. He could be short of sitting tall two hundred times. 67. He could be short of sitting tall two hundred times. 68. He could be short of sitting tall two hundred times. 69. He could be short of sitting tall two hundred times.  70. He could be short of sitting tall two hundred times. 71. He could be short of sitting tall two hundred times. 72. He could be short of sitting tall two hundred times. 73. He could be short of sitting tall two hundred times. 74. He could be short of sitting tall two hundred times. 75. He could be short of sitting tall two hundred times. Did you want to take a picture of something with this ELG? Did you follow the channels? I'm wondering how you measure if you can take a photo of something with ELG. Let's listen to your sentence. Do you know if you're going to take a photo of something with this ELG? First of all, this test seems to have evidence of what you would do with an ELG. Is the ELG open to some science and theory, or is the ELG something that's external and you're avoiding that? I'm hoping to try to say that it's not in terms of the ELG. I'm saying it's not in terms of the science. It's in terms of the theory. I'm saying it's in terms of the theory. I think there's some contradiction in the very fact that the ELG is open to all species. So you don't have an answer here. I'm wondering how you would write it in terms of the various kinds of questions. Well, it's a reasonable estimate. First of all, it's a record. It's a collection of lies. We're all receiving the arms license. We celebrate the definition of certainty. No one's denying that. It's a good thing to provide a great future. We also have other results that are just as good as our model of a very large community. It's been a very successful model. And I think ultimately it works. It's just hard to be open to just without bothering to just look at the other areas of research that you can do to find out if there are other alternatives. I think I understand the other's point. But I do think that it's a good thing for us to say that it's not actually our responsibility to be the sole person that's presenting the information and to play a kind of role in the process. Okay. Thank you. Okay. Thank you. Okay. Thank you. Okay.  So, the OCS website is now showing you. Identify the job that's studying your job. So most jobs you're teaching have some level of focus on your area of learning. When you go to the job description, it describes that particular job that's in the description and the idea behind it. It says that jobs you're doing in this real job are for some devices, such as smartphones, mobiles, or their warehouse, including those that are still in Australia, and at least those in Iraq. So, key specifics of a specific job. It seems to draw a lot of attention to how it's selected and considered to the job. So, I think it's a very important part of our decision and our position to try and identify a job in the U.S. Now, I'm very well into that some of our employees were done in our local U.S. But that doesn't mean that these are people who are going to be doing jobs to pursue in the community as well. And also, especially with Dr. Jacob himself, I think we're all in such a complex situation. I'd love to see a little bit of a broader question here. What can this function do for our community? He set a couple of tables. I think the probable, or like his first goal, which makes it probable, he also set a couple of goals. You can hear him right here. I can hear him. He can hear you. I can hear you. He did one psychological evaluation. He did clinical history. He did family planning. He did a great job. He did clinical evaluation. He did a number of other goals. He did a number of other goals. He did a number of other goals. I'm sure there are a lot of different questions. Well, when you look at the clinical work of Dr. Jacob and Dr. Jensen, there are differences. I mean, I think I'll say here, the clinical field, you might have found reallocation, which Dr. Jacob has seen before. And so, when you look at Dr. Jacob's report, the clinic is actually a pretty functional, some knowledge we have. For example, we have a community of like, you know, some of these students, some of these people have a good understanding of their English report. And then we have a community of social students. And then we have a community of social students. And then we have a community of social students. Correct. But there's a guy, he's a doctor in child support, and he has a lot of career. And he does a couple of social reports. And I don't know how many he did. But he did a number of cases. He did four health cases. He did four requests for a certificate. He's a senior lawslater. He goes out with his male company. There's dozens of these reports across America, but it's actually just a few months ago. I don't miss it all. No, it's just a few hours. Just a few hours. And they cover a number of specialized cases that they have to work on to report. He has a pretty consistent phone number, such as social skills. He does have educational McMahon premiums. He does have educational benefits. And we also have propulsion. Both of those support a rates of just about seven bucks an hour in federal grant appearances. So, he needed license for it, do you have a single payment under this? He doesn't have a single payment under this. Unfortunately we had to specify the equipment just so they could get their money's on my money. And this corresponds to the disability policy that he needs to meet and he needs to be required to keep sick and he's also unfortunately not eligible to apply for a license. He's lost more so. I think it's great that he's been able to do this since he was a baby. I think it's fortunate that he's been able to be very clear on that. He's been very engaged in people's health. He's lost so much bone and hair. It's really good that he's been able to do some things with that right now. He's obviously doing everything that he can especially after a long time. So, he's actually doing something good since he's retired and everything like that. So, Dr. Schultz's report. I'll be as sensitive as I can be with you on these records. His results and his conclusions about his unfortunately just didn't matter to us when we looked at this record. If there are no questions, we'll be happy to take questions. Okay. Two points to add. Dr. Schultz didn't know that he was going to say a confused story. So, the judge just asked him to follow in his report. He didn't know where he was going to answer. He didn't know where he was going to respond. There's just nothing to know. And then later on, in response to the question by his lawyer, he said, he just had these accommodations that just weren't in charge. For example, things that made it easier for him than other people, if they had. He didn't know what those were. The boxes and other boxes. You know, that's all I was telling you. There are boxes and boxes that should be held accountable. That's what I was telling you. And then, regarding the ID issue, the California ID issue, Dr. Charles Day did, in his report, that he provided an extra identification and no records to the driver's license. Dr. Day also said he provided a cellular ID on page 243. And on page 245, he does not have a valid driver's license. So, the record shows that he does not appear to have a driver's license on the law. I don't see him. It's simply a misdemeanor. He saw your ID. And he said, in his chapter, in those reports, rather, he insisted, at one point, in his observation, that he appears to be a low-average college institution and a grad school student. And probable, mortified intellectual property. So, he really doesn't know. He looks like a psychiatrist. He's a psychiatrist. He looks like a psychologist. He was just making an observation based on his observation. There's no test results or anything that he is, in fact, living in a pretty special death situation. Dr. Charles is a physical doctor. He has learning disabilities. So, it's not just the doctor. Dr. Charles is an outlier. A physical doctor doesn't need to have learning disabilities. And finally, as you know already, in regards to Dr. Charles, in much great detail, in his report, speaks to a great deal about his tests and results. Talking about the question of memory scales, the line of expectations for medical-pharmacology testing. He had generalized impairments in memory, functioning, and, furthermore, that he's been on a great, ongoing test for substance use disorders. So, he was a believer in the great exaggerating of his cognitive impairments which support the perception that stress testers also have allergies to other calories. He's a world-famous doctor. He's just obsessed having enough time to go on straight lines and take a DNA model. He has a moderate social and personal remark to occupational mutations. He has severe memory imposition. He's raised by activities and interests in social skills and works with pharmacology, cardiologists, and pharmacologists to support and he's talented and capable and can tolerate even simple work. For his testers in the foreseeable future, this doctor had the benefit of being a very well-experienced CE and more information than he had to make an assessment. He had the school records. He may have talked about assessments. School records are not the answer, but has been made up in a way that has served as a background for the evaluation and assessment of his actual images and consciousness. Thank you. This concludes the interview for our images and consciousness program. This has been a brief decision to conclude today's interview with Dr. Edmonton versus Dr. King.
judges: Hawkins, W. Fletcher, Murguia